IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

ROMAN T. TATARINOV,                                     Case No. 6:11-cv-438-AA

           Petitioner,                                              ORDER

      v.

JEFF PREMO,

           Respondent.

_____

Aiken, Chief Judge:

Magistrate Judge Coffin issued his Findings and Recommendation in the above-captioned case on May 2, 2012. Magistrate Judge Coffin recommends that the petition for writ of habeas corpus be denied and the case dismissed. Magistrate Judge Coffin found that several of petitioner's claims were procedurally defaulted and that petitioner did not establish cause or prejudice. Magistrate Judge Coffin also found that petitioner's remaining claims were not meritorious under the standards set forth under the AEDPA. See 28 U.S.C. § 2254(d). The matter is now before me. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b).

1     - OPINION AND ORDER

When either party objects to any portion of a magistrate judge's Findings and Recommendation, the district court must make a de novo determination of that portion of the magistrate judge's report. See 28 U.S.C. § 636(b)(1); McDonnell Douglas Corp. v. Commodore Business Machines, Inc., 656 F.2d 1309, 1313 (9th Cir. 1981). Petitioner timely filed objections to the Findings and Recommendation. Upon de novo review, I find no error and adopt the analysis contained in Magistrate Judge Coffin's opinion.

THEREFORE, IT IS HEREBY ORDERED that Magistrate Judge Coffin's Findings and Recommendation (doc. 27) filed May 2, 2012, is ADOPTED in its entirety. The Petition for Writ of Habeas Corpus (doc. 2) is DENIED and this case is DISMISSED.

## Certificate of Appealability

Should petitioner appeal, a certificate of appealability should be denied as petitioner has not made a substantial showing of the denial of a constitutional right. See 28 U.S.C. § 2253 (c) (2).

IT IS SO ORDERED.

Dated this 29 day of January, 2013.

_____
Ann Aiken
United States District Judge